

DEFENDANT'S EXHIBIT A

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY,
FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 50-2020-CA-011854 XXX MB FY/IX

RICHARD JOHN LUCIBELLA

    Plaintiff(s)

v.

OFFICERS RICHARD ERMERI,
NUBIA PLESNIK, and TOWN OF OCEAN
RIDGE,

    Defendant(s)

DATE 11-3-2020.  TIME 12:10  . AM/PM
BY Joseph Leonardi     #364

## SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s)

    Tracey L. Stevens, MMC
    Town Manager & Finance Director
    Town of Ocean Ridge
    6450 North Ocean Boulevard,
    Ocean Ridge, Florida 33435

Each defendant is required to serve written defenses to the complaint or petition on:

    JAMES K. GREEN, ESQ.
    Attorney for Plaintiff, whose address is:

    222 Lakeview Avenue, Suite 1650
    West Palm Beach, Florida 33401

within 20[1] days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be

entered against that defendant for the relief demanded in the complaint or petition.

DATED on November 2, 2020

/s/ *James K. Green*
James K. Green, P.A.
222 Lakeview Avenue
Esperante Building, Suite 1650
West Palm Beach, Florida 33401-6100
Florida Bar No.: 229466

Sharon R. Bock, Clerk & Comptroller of Palm Beach County

By:
As Deputy Clerk
205 North Dixie Highway
West Palm Beach, Florida 33401
    (561) 355-2986

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

IMPORTANT

This notice is provided pursuant to Administrative Order No. 2.2079/12

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County

Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 3554380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 3554380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."