UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:20-cv-82156-AMC

**RICHARD JOHN LUCIBELLA,**

    Plaintiff,

v.

**RICHARD ERMERI** and
**NUBIA PLESNIK**,

    Defendants.

_____/

**PLAINTIFF'S COUNSEL JAMES K. GREEN'S
NOTICE OF POTENTIAL TRIAL CONFLICT**

This matter is set for trial during the Court's two-week trial calendar beginning on July 1, 2024, at 9:00 a.m. [ECF No. 191].

Plaintiff's counsel James K. Green hereby advises the Court that his second bellwether jury trial in *In Re: Chiquita Brands International, Inc. Alien Tort Statute and Shareholder Derivative Litigation*, Case No. 08-MD-01916-Marra, has been re-scheduled to July 15, 2024. That trial is expected to last six weeks. While settlement in *Chiquita* is possible, it appears unlikely.

                                                     Respectfully submitted,

                                                   /s/ James K. Green, Esq.
                                                   Florida Bar No. 229466
                                                   JAMES K. GREEN, P.A.
                                                   Flagler Center, Suite 306
                                                   501 South Flagler Drive
                                                   West Palm Beach, FL 33401
                                                   Telephone: (561) 659.2029
                                                   jkg@jameskgreenlaw.com
                                                   jameskgreenlaw.com

Anthony J. Natale, Esq.<br>
Florida Bar No: 296627<br>
**Anthony J. Natale, P.A.**<br>
400 Executive Center Drive, Suite 201<br>
West Palm Beach, Florida 33401<br>
Telephone: (561) 537-0737<br>
ajnlaw85@gmail.com<br>
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Notice has been filed with the Court using the CM/ECF system which will send notice of electronic filing to the parties and counsel of record on the 24th day of January, 2024.

/s/*James K. Green*