UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82156-LEIBOWITZ/REINHART

RICHARD JOHN LUCIBELLA,
   *Plaintiff,*

v.

RICHARD ERMERI and
NUBIA PLESNIK,

   *Defendants.*
_____/

## JURY VERDICT FORM

By a preponderance of the evidence:

1. Did **Officer Richard Ermeri** intentionally commit acts that violated Richard Lucibella's Fourth Amendment right to be free from illegal searches without a warrant.

   Yes _____ or No __✓__

2. Did **Officer Richard Ermeri** intentionally commit acts that violated Richard Lucibella's Fourth Amendment right to be free from excessive force.

   Yes _____ or No __✓__

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

Dated: __8/22/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:20-cv-82156-LEIBOWITZ/REINHART**

**RICHARD JOHN LUCIBELLA,**
    *Plaintiff,*

v.

**RICHARD ERMERI and**
**NUBIA PLESNIK,**

    *Defendants.*
_____/

## JURY VERDICT FORM

By a preponderance of the evidence:

1. Did **Officer Nubia Plesnik** intentionally commit acts that violated Richard Lucibella's Fourth Amendment right to be free from illegal searches without a warrant.

   Yes _____ or No __✓__

2. Did **Officer Nubia Plesnik** intentionally commit acts that violated Richard Lucibella's Fourth Amendment right to be free from excessive force.

   Yes _____ or No __✓__

**SO SAY WE ALL**/

_____
**FOREPERSON OF THE JURY**

Dated: __8/22/2025__