**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:20-cv-82156-LEIBOWITZ/REINHART**

**RICHARD JOHN LUCIBELLA,**
　　*Plaintiff,*

*v.*

**TOWN OF OCEAN RIDGE, *et al.*,**
　　*Defendants.*
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Defendant Town of Ocean Ridge's Motion for Bill of Costs [ECF No. 307] (the "R&R"), filed on February 25, 2026, recommending that Defendant's Motion [ECF No. 302] (the "Motion") be GRANTED IN PART and DENIED IN PART.  [ECF No. 307 at 1, 10–11].  The undersigned previously referred the Motion to U.S. Magistrate Judge Bruce E. Reinhart for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules.  [ECF No. 303].

Plaintiff filed a Notice of Intent Not to Object to the R&R [ECF No. 308], and Defendant did not object during the 14-day objection period.  Thus, having reviewed Defendant's Motion, the R&R, relevant portions of the record, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [ECF No. 307] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. Defendant's Motion [**ECF No. 302**] is **GRANTED IN PART** and **DENIED IN PART**.

3. The Court awards Defendant Town of Ocean Ridge the following costs under 28 U.S.C. § 1920—Filing fees ($400.00); Fees for service of subpoenas ($1,382.00); Fees for transcripts ($4,757.25); and Fees for copies ($1,449.24)—for a total award of

**$7,988.49** in taxable costs.

**DONE AND ORDERED** in the Southern District of Florida on March 10, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record